UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| ALLEN HARKLEROAD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NCO FINANCIAL SYSTEMS, INC., )<br>et al., )<br>)<br>Defendant. )<br>_____) | CASE NO. 08-CV-00105-BAE-GRS |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of their respective clients, that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party.

| | |
|---|---|
| /s/Allen Harkleroad<br>Allen Harkleroad<br>Plaintiff, pro se<br><br>107 Ladd Circle<br>Statesboro, GA 30458 | /s/ Albert J. DeCusati<br>Albert J. DeCusati, Esq.<br>1Georgia Bar No. 215610<br>Attorneys for Defendant<br>NCO Financial Systems, Inc.<br><br>McLain & Merritt<br>3445 Peachtree Road, N.E.,<br>Suite 500<br>Atlanta, Georgia 30326<br>Telephone: (404) 266-9171<br>Facsimile: (404) 364-3138 |

1

SO ORDERED:

_____
The Honorable B. Avant Edenfield
1U.S. District Court Judge